**1230 MEURER vs. DETROIT MUSICIANS' BEN. & PROT. ASS'N, No. 13378, 95 M., 451.**

To compel respondent to restore relator to membership, of

which he had been deprived for the non-payment of a fine, different from that imposed by its by-laws, for the act complained of.

Granted April 28, 1893, with costs.

Held, that it does not lie with an association assuming to exercise corporate functions to contest its own existence in such a case.